# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 30, 2025

## NO. 03-23-00261-CR

**Cleo Ramon Roach, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
## BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.